# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY CO.,** | : | No. 3:14cv769 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **SHAWN EZRAPOUR, as Executor of the Estate of Rodney Ezrapour,** | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, to wit, this 25th day of April 2014, in accordance with the foregoing memorandum, we hereby exercise our discretion under the Federal Declaratory Judgment Act to decline to hear this case, and this action is hereby **DISMISSED** without prejudice to the plaintiff pursuing its claims in state court.  The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**